**EXHIBIT A**                                      **Patricia Fields**
                                                   **09-10105**

## TIME SHEETS/ACCOUNTING

**PARTNER TIME:**            $350.00/Hr.
**ATTORNEY TIME:**           $295.00/Hr.
**ADMINISTRATIVE TIME:**     $195.00/Hr.
_____

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11-18-08 | Reviewed order. Gave to ASM for re-file | TJH | .2 | $59.00 |
| 11/12/08 | Filed Motion to Extend | ASM | .8 | $156.00 |
| 11-18-08 | Left message with client | ASM | .1 | $19.50 |
| 12-11-08 | Received documents from client | DC | .1 | $19.50 |
| 12/12/08 | Contacted client | JMS | .2 | $70.00 |
| 12-15-08 | Spoke with client set up appt. | DC | .1 | $19.50 |
| 12-17-08 | Received and reviewed Notice of f/c sale. | TJH | .2 | $59.00 |
| 12/19/08 | Reviewed file | JMS | .2 | $70.00 |
| 1-02-09 | Received payment | DC | .1 | $19.50 |
| 1-5-09 | Filed case | JMS | .2 | $70.00 |
| 1-05-09 | Spoke with representative re: foreclosure | DC | .1 | $19.50 |
| 1-13-09 | Reviewed deficiency notice. Gave to ASM | TJH | .2 | $59.00 |
| 1-14-09 | Filed Motion to Extend | SLM | .2 | $39.00 |

                                                   **Page total**   $679.50
                                                   **Total**        $679.50

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1-22-09 | Reviewed order. Gave to SLM | TJH | .2 | $59.00 |
| 1-22-09 | Called client's daughter | SLM | .2 | $39.00 |
| | Spoke with client's daughter | DC | .1 | $19.50 |
| 1-23-09 | Left message with client | DPA | .2 | $59.00 |
| | Spoke with client | DC | .1 | $19.50 |
| 1-26-09 | Attended Motion to Extend Stay Hearing | DPA | 1.0 | $295.00 |
| 2-1-09 | Called client | JGJ | .1 | $19.50 |
| | Mailed docs to Trustee | JGJ | .4 | $78.00 |
| 2-18-09 | Left msg for client | BJB | .2 | $59.00 |
| 2-19-09 | Attended Meeting of Creditors | BJB | 1.0 | $295.00 |
| 3-11-09 | Spoke with client's daughter | SLM | .1 | $19.50 |
| 3-12-09 | Spoke with client's daughter | DC | .1 | $19.50 |
| 3-26-09 | Prepared plan | SLM | .1 | $19.50 |
| 03-27-09 | Called client | DC | .1 | $19.50 |
| 3-27-09 | Filed Motion to Extend Time to Amend Plan | SLM | .1 | $19.50 |
| 4-2-09 | Filed Certificate of Service | SLM | .1 | $19.50 |
| 4-3-09 | Filed Amended Chapter 13 | SLM | .1 | $19.50 |
| 4-8-09 | Received fax gave to SLM | DC | .1 | $19.50 |
| 4-8-09 | E-mailed docs | SLM | .1 | $19.50 |
| 4-26-09 | Filed objection to claim | SLM | .1 | $19.50 |

**Page total** $1,137.50
**Total** $1,817.00

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4-26-09 | Called client | SLM | .1 | $19.50 |
| 4-27-09 | Filed Certificate of Service | SLM | .1 | $19.50 |
| 4-27-09 | Called client | SLM | .1 | $19.50 |
| 4-27-09 | Mailed documents to Trustee | SLM | .2 | $39.00 |
| 4-28-09 | Met with Trustee in his office | BJB | 1.0 | $295.00 |
| | Called client | LS | .1 | $19.50 |
| | Sent letter to client | GCA | .1 | $19.50 |
| 5-1-09 | Filed response to motion | GCA | .3 | $58.50 |
| 5-4-09 | Received answer to Motion. Gave to GCA | SLM | .1 | $19.50 |
| | Filed certificate of service | GCA | .1 | $19.50 |
| 5-5-09 | Mailed documents to client | LS | .1 | $19.50 |
| 5-11-09 | Reviewed Trustee's answer to motion. Gave to RAW and SLM. | GSP | .1 | $29.50 |
| 5-12-09 | Reviewed Trustee's objection. Gave to RAW and SLM. | GSP | .1 | $29.50 |
| 5-17-09 | E-mailed Trustee | SLM | .1 | $19.50 |
| 5-22-09 | Reviewed client's claims | SLM | .1 | $19.50 |
| | Filed motion | SLM | .1 | $19.50 |
| 6-2-09 | Filed amended plan | SLM | .1 | $19.50 |
| 6-5-09 | Reviewed Trustee request. Tasked to SLM | GSP | .1 | $29.50 |
| 6-16-09 | E-mailed docs | SLM | .1 | $19.50 |
| | | | **Page total** | **$734.50** |
| | | | **Total** | **$2,551.50** |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6-23-09 | Attended confirmation hearing | RAW | .2 | $59.00 |
|  | Received a call from Trustee | GCA | .1 | $19.50 |
| 6-24-09 | Received consent. Gave to RAW | SLM | .1 | $19.50 |
| 6-25-09 | Spoke to IRS | SLM | .1 | $19.50 |
| 7-02-09 | Received amended IRS claim. E-mailed claim to Trustee. | SLM | .1 | $19.50 |
| 7-7-09 | Received e-mail from Trustee | SLM | .1 | $19.50 |
|  | Spoke to IRS | SLM | .1 | $19.50 |
| 7-7-09 | Received amended proof of claim | SLM | .1 | $19.50 |
|  | Filed amended plan | SLM | .1 | $19.50 |
| 07-8-09 | Mailed hearing notice to client | DC | .1 | $19.50 |
|  | Drafted and filed amended schedules | SLM | .1 | $19.50 |
| 7-12-09 | Reviewed request of Trustee | RAW | .2 | $59.00 |
| 7-14-09 | Spoke with IRS | MPN | .1 | $19.50 |
|  | Filed withdrawal and amended plan | SLM | .1 | $19.50 |
| 8-10-09 | Called client | SLM | .1 | $19.50 |
| 8-10-09 | Called client | RAW | .1 | $29.50 |
| 8-11-09 | Attended confirmation hearing | RAW | .8 | $236.00 |
| 9-9-09 | Received Trustee's request for hearing | LS | .1 | $19.50 |
| 9-22-09 | Attended confirmation hearing | RAW | .1 | $29.50 |
| 9-23-09 | Spoke with client | RAW | .7 | $206.50 |
|  |  |  | **Page total** | **$892.50** |
|  |  |  | **Total** | **$3,444.00** |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9-25-09 | Received Trustee's Motion | LS | .1 | $19.50 |
|  | Filed response to motion | RAW | .2 | $59.00 |
| 10-8-09 | Received e-mail from Trustee | SLM | .1 | $19.50 |
| 10-12-09 | Spoke with client | SLM | .1 | $19.50 |
| 10-12-09 | Spoke with client, checked docket report | DPA | .2 | $59.00 |
|  | Filed Pre-Confirmation Certificate. | SLM | .1 | $19.50 |
| 10-13-09 | Attended continued Confirmation/ Motion hearing | DPA | 1.2 | $354.00 |
| 10-20-09 | Spoke with client's daughter | DPA | .2 | $59.00 |
| 10-22-09 | Left message for client | DPA | .1 | $29.50 |
| 10-26-09 | Spoke with client | DPA | .4 | $118.00 |
| 10-26-09 | Called creditor from car | DPA | .4 | $118.00 |
| 10-27-09 | Called creditor from car | DPA | .4 | $118.00 |
| 10-27-09 | Left message for client's daughter | DPA | .2 | $59.00 |
| 10-27-09 | Spoke with client's daughter | DPA | .2 | $59.00 |
| 10-28-09 | E-mailed Trustee | DPA | .5 | $147.50 |
| 10-29-09 | Faxed documents | DPA | .1 | $29.50 |
| 11-02-09 | Called client | MPN | .1 | $19.50 |
| 03-16-10 | Reviewed order | LS | .1 | $19.50 |
| 3-24-10 | Mailed letter to client | DPA | .5 | $147.50 |
| 4-7-10 | Reviewed order | LS | .1 | $19.50 |
|  |  |  | **Page total** | **$1,493.50** |
|  |  |  | **Total** | **$4,937.50** |

## Time and Fee Summary

**PARTNER TIME: $350.00/Hr.**

| | | |
|---|---|---|
| JMS- Jeffrey M. Sirody | .6 | $210.00 |
| **Total Partner Time** | **.6** | **$210.00** |

**ATTORNEY TIME:**     $295.00/Hr.

| | | |
|---|---|---|
| TJH- Thaddeus J. Holmquest | .8 | $236.00 |
| BJB- Benjamin J. Beatty | 2.2 | $649.00 |
| DPA- D Phillip Anderson | 5.6 | $1,652.00 |
| GSP- Gary S. Poretsky | .3 | $88.50 |
| RAW- Ronald A. Wray | 2.3 | $678.50 |
| **Total Attorney Time** | **11.2** | **$3,304.00** |

**ADMINISTRATIVE TIME:**     $195.00/Hr.

| | | |
|---|---|---|
| ASM- Aleatha Mable | .9 | $175.50 |
| DC- Deborah Coleman | 1.0 | $195.00 |
| SLM- Sandra L. Meyer | 3.5 | $682.50 |
| JGJ- Jean Jory | .5 | $97.50 |
| LS- Lisa Salkov | .6 | $117.00 |
| GCA- Gerri Auchinscloss | .6 | $117.00 |
| MPN- Meg Nichols | .2 | $39.00 |
| **Total Administrative Time** | **7.3** | **$1,423.50** |
| **Totals:** Time | **19.1** Fees | **$4,937.50** |