Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  09−10105
Judge:  Duncan W. Keir

In Re:   Patricia L. Fields
Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 6/22/10 at 11:15 AM

to consider and act upon the following:

78 − Motion to Pay Direct Payment of Fees Filed by Patricia L. Fields. (Attachments: # (1) Exhibit A Timesheets) (Sirody, Jeffrey)

***NOTE: PLEASE NOTE THAT THIS HEARING IS REGARDING THE FORM OF ORDER ONLY***

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 5/27/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, P Neal 301−344−3371